Eugene Ashley (State Bar No. 171885)
Michaeline H. Correa (State Bar No. 215215)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff,
Hopkins & Carley, A Law Corporation

The following constitutes
the order of the court. Signed June 28, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SASAN RAISSI,<br><br>Debtor. | Case No. 10-61444<br><br>Chapter 7 |
| HOPKINS & CARLEY, ALC,<br><br>Plaintiff,<br><br>v.<br><br>SASAN RAISSI,<br><br>Defendant. | Adversary Proceeding No. 11-05052 SLJ<br><br>**AMENDED DEFAULT JUDGMENT**<br><br>Judge: Hon. Stephen L. Johnson |

On October 4, 2011, Default Judgment [Dkt. No. 14] was entered against debtor-defendant Sasan Raissi (the "Defendant") and in favor of plaintiff Hopkins & Carley, A Law Corporation ("Plaintiff").

On February 22, 2012, Defendant filed a Motion for Relief from Default under Rule 60(b). On June 25, 2012, this Court entered an Order Denying Motion for Relief from Default

728\877816.1
AMENDED DEFAULT JUDGMENT; Adv. Proc. No. 11-05052
HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

Case: 11-05052   Doc# 32   Filed: 06/28/12   Entered: 06/28/12 11:17:56   Page 1 of 3

1 [Dkt. No. 31]. The June 24, 2012 Order required Plaintiff to submit an amended default judgment to cite the Bankruptcy Code sections under which Plaintiff's claims were declared non-dischargeable.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of this Court shall enter an amended default against Defendant in the amount set forth in the Judgment below;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff is awarded and shall have judgment against Defendant in the amount of One-Hundred Seventy Thousand Dollars and No Cents ($170,000.00) ("Judgment"); and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Judgment is not dischargeable under 11 U.S.C. § 523(a)(2)(A) and (B).

*** END OF JUDGMENT***

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

728\877816.1 - 2 -
AMENDED DEFAULT JUDGMENT; ADV. PROC. NO. 11-05052

Case: 11-05052    Doc# 32    Filed: 06/28/12    Entered: 06/28/12 11:17:56    Page 2 of 3

## COURT SERVICE LIST

Sasan Raissi (Pro Per)
2490 Lafayette Street
Santa Clara, CA  95050

728\877816.1

- 3 -

AMENDED DEFAULT JUDGMENT; ADV. PROC. NO. 11-05052

Case: 11-05052    Doc# 32    Filed: 06/28/12    Entered: 06/28/12 11:17:56    Page 3 of 3