**EJ-190**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Monique D. Jewett-Brewster (SBN 217792)
Hopkins & Carley, A Law Corporation
70 S. First Street
San Jose, CA 95113
TEL NO.: (408) 286-9800   FAX NO. (optional): (408) 998-4790
E-MAIL ADDRESS *(Optional)*: mjb@hopkinscarley.com

☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 280 S. First Street, Room 3035
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: Hopkins & Carley, ALC
DEFENDANT: Sasan Raissi

**AMENDED APPLICATION FOR AND RENEWAL OF JUDGMENT**

CASE NUMBER: 10-61444 (Adv. No. 11-05052)

☒ Judgment creditor
☐ Assignee of record
applies for renewal of the judgment as follows:

1. **Applicant** *(name and address)*:
   Hopkins & Carley, a Law Corporation
   70 First Street
   San Jose, CA 95113

2. **Judgment debtor** *(name and last known address)*:
   Sasan Raissi
   2490 Lafayette Street
   Santa Clara, CA 95050

3. **Original judgment**
   a. Case number *(specify)*: 10-61444 (Adv. No. 11-05052)
   b. Entered on *(date)*: June 28, 2012
   c. Recorded:
      (1) Date:
      (2) County:
      (3) Instrument No.:

4. ☐ Judgment previously renewed *(specify each case number and date)*:

5. ☒ **Renewal of money judgment**
   a. Total judgment ............................................ $ 170,000.00
   b. Costs after judgment ................................. $
   c. Subtotal *(add a and b)* ............................. $ 170,000.00
   d. Credits after judgment .............................. $
   e. Subtotal *(subtract d from c)* .................... $ 170,000.00
   f. Interest after judgment ............................. $ 3,009.44
   g. Fee for filing renewal application ............. $
   h. **Total renewed judgment** *(add e, f, and g)* $ 173,009.44
   i. ☐ The amounts called for in items a–h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140

| SHORT TITLE: Hopkins & Carley, ALC v. Sasan Raissi | CASE NUMBER:<br>10-61444 (Adv. No. 11-05052) |
|---|---|

6. ☐ Renewal of judgment for     ☐ possession.
                                             ☐ sale.

   a. ☐ If judgment was not previously renewed, terms of judgment as entered:

   b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 28, 2022

| Monique Jewett-Brewster | ▶ /s/ Monique Jewett-Brewster |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

EJ-190 [Rev. July 1, 2014]     **APPLICATION FOR AND RENEWAL OF JUDGMENT**     Page 2 of 2

Case: 11-05052    Doc# 38    Filed: 06/29/22    Entered: 06/29/22 13:21:47    Page 2 of 2