```
 1  Monique D. Jewett-Brewster (SBN 217792)
    HOPKINS & CARLEY
 2  A Law Corporation
    The Letitia Building
 3  70 S. First Street
    San Jose, CA  95113-2406
 4  mjb@hopkinscarley.com

 5  *mailing address:*
    P.O. Box 1469
 6  San Jose, CA 95109-1469
    Telephone:     (408) 286-9800
 7  Facsimile:     (408) 998-4790

 8  Attorneys for Plaintiff,
    Hopkins & Carley, A Law Corporation
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>    SASAN RAISSI,<br><br>         Debtor. | Case No.  10-61444<br><br>Chapter 7 |
| HOPKINS & CARLEY, ALC,<br><br>         Plaintiff,<br><br>    v.<br><br>SASAN RAISSI,<br><br>         Defendant. | Adv. Proc. No. 11-05052<br><br>**DECLARATION RE ACCRUED INTEREST** |

I, Monique D. Jewett-Brewster, declare:

1. I am a shareholder of the firm of Hopkins & Carley, A Law Corporation ("H&C" or "Plaintiff"). I am a member in good standing of the State Bar of California and am admitted to practice before this Court. The facts stated below are personally known to me, except for those

1 matters based upon information and belief, and as to those, I believe them to be true. If called as

2 a witness, I could and would competently testify to the truth of such facts.

3   2. On June 26, 2012, an Amended Default Judgment ("Judgment") was entered

4 against Defendant Sasan Raissi in favor of H&C, in the amount of $170,000.

5   3. 28 U.S.C. 1961(a) states,

> Interest shall be allowed on any money judgment in a civil case recovered in a district court. Execution therefor may be levied by the marshal, in any case where, by the law of the State in which such court is held, execution may be levied for interest on judgments recovered in the courts of the State. Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding. [FN1] the date of the judgment.

  4. This office obtained from the United States Department of the Treasury's website historic rates of the weekly average 1-year constant maturity (nominal) Treasury yield. According to the Department of the Treasury, the average 1-year constant maturity Treasury yield for the week prior to June 26, 2012 was .18%.

  5. No payments have been made by the Defendant on the Judgment. The interest accrued on the Judgment has been calculated to be $3,009.44.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of June, 2022, at San Jose, California.

          /s/ Monique D. Jewett-Brewster
          Monique D. Jewett-Brewster

4883-5028-8167.1 - 2 -
DECLARATION RE ACCRUED INTEREST 11-05052

Hopkins & Carley
Attorneys At Law
San Jose

Case: 11-05052 Doc# 38-1 Filed: 06/29/22 Entered: 06/29/22 13:21:47 Page 2 of 2