| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>Monique D. Jewett-Brewster (SBN 217792)<br>Hopkins & Carley, A Law Corporation<br>70 S. First Street<br>San Jose, CA 95113<br>(408) 286-9800 | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: Judgment Creditor Hopkins & Carley, ALC | | |
| NAME OF COURT: United States Bankruptcy Court, Northern District of California<br>STREET ADDRESS: 280 S. First Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: San Jose Division | | |
| PLAINTIFF: Hopkins & Carley, ALC<br>DEFENDANT: Sasan Raissi | | |

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER:<br>10-61444 (Adv. No. 11-05052) |
|---|---|

EJ-195

TO JUDGMENT DEBTOR *(name):* Sasan Raissi

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Date: _____  Clerk, by _____, Deputy

[SEAL]

See CCP 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

Case: 11-05052   Doc# 38-2   Filed: 06/29/22   Entered: 06/29/22 13:21:47   Page 1 of 1